ALI RAISDANAI
1301 West 12th Street
Long Beach, California 90813
323-631-0528
ashtianij@proton.me
Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RAISDANAI, <br><br>      Plaintiff, <br><br>   vs. <br><br>FEDERAL BUREAU OF INVESTIGATION; HOMELAND SECURITY INVESTIGATIONS; CITY OF LONG BEACH; COUNTY OF LOS ANGELES; ALLIED UNIVERSAL SECURITY SERVICES; PARAGON SYSTEMS, INC.; DOES 1 through 15, Federal Agents; DOES 11 through 25, Local Police Officer/Deputy Sheriffs; DOES 25 through 30, Private Security Guards, <br><br>      Defendant(s) | Case No.: 2:25-CV-12079-KK-KES <br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** <br>**RE: SERVICE ON DEFENDANT COUNTY OF LOS ANGELES** <br><br><br>**[Filed concurrently with: Declaration in Support of Response]** <br><br><br><br>**Courtroom: 6D** <br>**Hon. Karen E. Scott** <br>**United States Magistrate Judge** |

## I. INTRODUCTION

Service on the County of Los Angeles was properly effected on January 30, 2026, as documented in the Amended Proof of Service filed herewith.

Plaintiff failed to timely request entry of default due to excusable neglect arising from:

(1) Plaintiff's mistaken belief that governmental entities have a 60-day response period similar to federal defendants; and
(2) documented cognitive impairment resulting from the December 22, 2023 assault that is central to this lawsuit.

## II.   SERVICE WAS PROPERLY EFFECTED

On January 30, 2026, registered process server Nathan Willingham (Registration No. PSC6261) served the Summons and Complaint on Jimmy Prieto, County Deputy Clerk, at the Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California. (Exhibit A.) This service complies with Federal Rule of Civil Procedure 4(j)(2) and California Code of Civil Procedure § 416.50(a).

The City of Long Beach was served identically on the same date and appeared within 20 days. (Dkt. 22.) The County has not appeared despite identical service.

An amended copy was filed with the Clerk of the Court specifying documents serviced.

## III.   EXCUSABLE NEGLECT

Plaintiff's failure to timely request default constitutes excusable neglect under *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993):
1. **No Prejudice**: The County has had actual notice since January 30, 2026. Plaintiff attempted to meet and confer before filing.
2. **Short Delay**: Approximately 30 days.
3. **Reason for Delay**: Mistake of law regarding response periods, compounded by documented cognitive impairment from the December 22, 2023 assault. (Exhibit B.)
4. **Good Faith**: Plaintiff retained a process server, served properly, and attempted to contact County Counsel.

## IV.   DEFAULT IS NOT SOUGHT AT THIS TIME

Plaintiff does not seek default because:
1. The original Complaint requires amendment for curable defects;

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: SERVICE ON DEFENDANT COUNTY OF LOS ANGELES

2. A defaulting party has no discovery obligations; and
3. The County possesses critical evidence—body-worn camera footage withheld for 27 months—that Plaintiff can only obtain through discovery.

## V. THE CITY'S ANSWER UNDERSCORES THE NEED FOR THE COUNTY TO RESPOND

The City's Answer (Dkt. 22) asserts immunity under Government Code § 820.8 for injuries caused by "an employee of the public entity". The only individual identified in connection with the December 22, 2023 assault is Fabian Green. If Green is a public employee, the question arises: which entity employs him?

The City's Answer does not identify Green as a City employee. If Green is employed by the County, then the County's silence takes on added significance.

## VI. CONCLUSION

Plaintiff respectfully requests that the Court:
1. Discharge the Order to Show Cause and allow case to proceed;
2. Find that service was properly effected;

Dated this 2nd day of April, 2026

Respectfully submitted,

ALI RAISDANAI
Plaintiff, Pro Se

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: SERVICE ON DEFENDANT COUNTY OF LOS ANGELES

ALI RAISDANAI
1301 West 12th Street
Long Beach, California 90813
323-631-0528
ashtianij@proton.me
Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RAISDANAI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION; HOMELAND SECURITY INVESTIGATIONS; CITY OF LONG BEACH; COUNTY OF LOS ANGELES; ALLIED UNIVERSAL SECURITY SERVICES; PARAGON SYSTEMS, INC.; DOES 1 through 15, Federal Agents; DOES 11 through 25, Local Police Officer/Deputy Sheriffs; DOES 25 through 30, Private Security Guards,<br><br>　　　　Defendant(s) | Case No.: 2:25-CV-12079-KK-KES<br><br>**DECLARATION OF ALI RAISDANAI IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**[Filed concurrently with: Response to Order to Show Cause]**<br><br><br>**Courtroom: 6D**<br>**Hon. Karen E. Scott**<br>**United States Magistrate Judge** |

I, Ali Raisdanai, declare under penalty of perjury under the laws of the United States of America as follows:

　　I, Ali Raisdanai, declare the following:

1. I am the plaintiff in this action. I make this declaration based on my personal knowledge.

2. I am proceeding pro se.

## I.      GOOD FAITH EFFORT TO CONTACT LA COUNTY

3. I made good faith efforts to contact Los Angeles County repeatedly:

a. On March 12, 2026, I left a voicemail with County Counsel's Justice and Safety Division regarding the County's non-appearance and a planned filing for an ex-parte for a TRO. I had emailed all other Defendants same day and got no response. The County never returned this call.

b. On March 23, 2026, I emailed the Executive Office of the Board of Supervisors seeking to meet and confer.

c. On March 24, 2026, the Executive Office acknowledged receipt and stated it had forwarded my request to County Counsel.

d. I emailed County Counsel same day again and to date, County Counsel has not responded to any inquiry, save for an initial response to the filed California Tort Claim Act on February 9, 2026, stating they were "investigating" events.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this 2nd day of April, 2026

Respectfully submitted,

ALI RAISDANAI
Plaintiff, Pro Se