**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ali Raisdanai | Case No. |
| | 2:25-cv-12079-KK-KES |
| **Plaintiff(s)/Petitioner(s)** | **ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED** |
| v. | ***IN FORMA PAUPERIS*** |
| Federal Bureau of Investigation et al | |
| **Defendant(s)/Respondent(s)** | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

☑ accepts the findings, conclusions and recommendations of the Magistrate Judge.

☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.

☐ _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

☐ **DENIED**. This case is DISMISSED ☐ with prejudice. ☐ without prejudice. **(JS-6.)**

☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
  If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

☐ **GRANTED**.

☐ **GRANTED. IT IS FURTHER ORDERED that:**
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

☐ **GRANTED;**
  ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☑ Other**:**

> The IFP application is denied with prejudice because Plaintiff has already paid the Court's filing fee.

Dated:     April 22, 2026          By: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25          Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)