UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALI RAISDANAI,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATIONS, et al.,

Defendants.

Case No. 2:25-cv-12079-KK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 89). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 95) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge as follows:

IT IS ORDERED that:

(1) Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services' ("Allied") motion to dismiss (Dkt. 73) is granted;

(2) Defendant Paragon Systems, Inc.'s ("Paragon") motion to dismiss (Dkt. 70) is granted;

(3) Plaintiff's 42 U.S.C. § 1983 ("Section 1983") claims against Allied and Paragon are dismissed with leave to amend;

(4) Because the Court is skeptical as to whether Plaintiff can state a Section 1983 claim against Allied or Paragon, the Court declines to address all other claims against Allied or Paragon at this time; and

(5) Allied's motion to strike (Dkt. 73) is denied as moot.

If Plaintiff chooses to amend his Section 1983 claims against Allied and Paragon, Plaintiff shall include them in his Third Amended Complaint ("TAC") currently due on **November 12, 2026**. Failure to include such claims in his TAC will result in Plaintiff's Section 1983 claims against Allied and Paragon being dismissed with prejudice. In that event, all other claims against Allied and Paragon will be dismissed without prejudice and without leave to amend for lack of jurisdiction.

DATED: October 14, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE