UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALI RAISDANAI,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATIONS, et al.,

Defendants.

Case No. 2:25-cv-12079-KK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 103). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 112) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant United States of America's motion to dismiss (Dkt. 85) is granted; and (2) Plaintiff's claims against the United States are dismissed with leave to amend limited to his negligence and

intentional infliction of emotional distress claims under the Federal Tort Claims Act.

DATED: November 13, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE